UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. KELLY,<br><br>                            Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>                            Defendant. | CASE NO. 11cv1995 BEN (POR)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REFERRING MATTER TO MAGISTRATE JUDGE** |

      On August 30, 2011, Plaintiff John M. Kelly filed a Complaint against Defendant Commissioner of Social Security Michael J. Astrue, challenging Defendant's denial of Plaintiff's claim for Social Security benefits. (Dkt. No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (Dkt. No. 2.)

      Under 28 U.S.C. § 1915,

> any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor.

28 U.S.C. § 1915(a)(1). Plaintiff states that he is only employed seasonally, has less than $30.00 in his checking account and relies on his mother for food and shelter. (Dkt. No. 2 at 2-3.)

///

///

Given these circumstances, the Court **GRANTS** Plaintiff's Application to Proceed IFP. *See* 28 U.S.C. § 1915(a)(1). The Clerk shall file the complaint without prepayment of the filing fee. The Court further orders:

1. The Clerk shall issue a summons as to Plaintiff's Complaint and shall forward it to Plaintiff along with a blank U.S. Marshal Form 285. In addition, the Clerk shall provide Plaintiff with a certified copy of this Order and a certified copy of his Complaint and the summons for purposes of serving Defendant.

2. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285 completely and accurately and return it to the United States Marshal according to the instructions provided by the Clerk.

3. Thereafter, the U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the Form 285.

This Social Security appeal is hereby referred to the Honorable Louisa S. Porter, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c) for scheduling and a Report and Recommendation.

**IT IS SO ORDERED**.

DATED: September 2, 2011

Hon. Roger T. Benitez
United States District Judge